UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 01-1995 (RHK/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CHRISTINE A. WIBERG, Defendant. | ) | |

The above-captioned matter came on before the undersigned Judge of the United States District Court of the District of Minnesota on January 30, 2002, on plaintiff's motion for entry of a default judgment, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Roylene A. Champeaux, Assistant United States Attorney, appeared on behalf of plaintiff, the United States of America.

Based upon the memorandum, affidavit and arguments of counsel, and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED THAT default judgment be entered against Defendant Christine A. Wiberg and that the United States is awarded immediate and exclusive possession of the real property legally described as:

> That part of Lot 11, Auditor's subdivision of Section 4, Township 38, Range 21, described as commencing at the Southeast corner of Ellig's 1st Addition according to the plat thereof on file and of record in the office of the Register of Deeds, Pine County, Minnesota,

FILED JAN 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 30 2002
DEPUTY CLERK

thence Southerly along the West line of 8th Street a distance of 510.0 feet to the actual point of beginning of the property to be described; thence West parallel with the South line of said Ellig's 1st Addition a distance of 150.0 feet, thence Southerly parallel with the West line of 8th Street a distance of 115.3 feet, thence East parallel with the South line of said Ellig's 1st Addition a distance of 150.0 feet to the West line of 8th Street; thence Northerly along the West line of 8th Street a distance of 115.3 feet to the point of beginning, Pine County, Minnesota.

IT IS FURTHER ORDERED THAT the defendant vacate the subject real property and remove all personal property within 30 days from the date of this order.

IT IS FURTHER ORDERED THAT in the event the defendant fails to quit the premises within 30 days, the United States Marshal shall remove the defendant and her possessions from the subject real property, with force if necessary.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 1/30/02

RICHARD H. KYLE
United States District Court Judge