# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America

Plaintiff

v.

Christine A. Wiberg

Defendants

Case No. Civil 01-1995 RHK/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that default judgment be entered against defendant Christine A. Wiberg and the United States is awarded immediate and exclusive possession of the real property.

DATE: January 30, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

11